UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 13 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RICHARD SHUPE and MARIA L. SHUPE,<br><br>          Plaintiffs - Appellants,<br><br>   v.<br><br>BANK OF AMERICA, N.A.,<br><br>          Defendant - Appellee. | No. 15-15753<br><br>D.C. No. 4:13-cv-00019-JGZ-JR<br>U.S. District Court for Arizona, Tucson<br><br>**MANDATE** |

The judgment of this Court, entered November 23, 2016, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica F. Flores Poblano
Deputy Clerk
Ninth Circuit Rule 27-7